1  **LONGYEAR, O'DEA & LAVRA, LLP**
   Gregory P. O'Dea, CSB No.: 110966
2  Mark P. O'Dea, CSB No.: 186061
   3620 American River Drive, Suite 230
3  Sacramento, CA 95864
   Phone: 916-974-8500
4  Facsimile: 916-974-8510

5  Attorneys for Defendant COUNTY OF SACRAMENTO,
   SACRAMENTO INTERNATIONAL AIRPORT
6
   **MASTAGNI HOLSTEDT, A.P.C.**
7  Phillip R.A. Mastagni, CSB No. 238254
   Grant A. Winter, CSB No. 266329
8  Mitchell A. De Anda, CSB No. 313717
   1912 I Street
9  Sacramento, CA 95811
   Phone: 916-446-4692
10 Facsimile: 916-447-4614

11 Attorneys for Plaintiff NORA WASHINGTON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| NORA WASHINGTON, | Case No.: 2:18-cv-02474-WBS-AC |
| Plaintiff, | **STIPULATION TO SET ASIDE DEFAULT; and [PROPOSED] ORDER** |
| vs. | |
| UNITED STATES OF AMERICA, a public entity; COUNTY OF SACRAMENTO, SACRAMENTO INTERNATIONAL AIRPORT, a public entity; and DOES 1 through 100; | |
| Defendants. | |

Pursuant to Rule 55(c) of the Federal Rules of Civil Procedure, Plaintiff Nora Washington and Defendant County of Sacramento, erroneously sued herein as County of Sacramento, Sacramento International Airport (hereinafter "Defendant"), by and through their respective attorneys, hereby stipulate to, and request the Court to, set aside the default that was

entered by the clerk in this matter on November 19, 2018, for good cause and in the interest of justice and so as to allow Defendant to file an Answer to the Complaint and defend this action on its merits. It is further stipulated by the parties that Defendant's Answer shall be due within three court days after the issuance of an order granting this Stipulation to Set Aside Default.

It is so stipulated.

Dated: December 18, 2018          LONGYEAR, O'DEA & LAVRA, LLP

                                  By: /s/ Mark P. O'Dea
                                      MARK P. O'DEA
                                      Attorneys for Defendant COUNTY OF
                                      SACRAMENTO

Dated: December 18, 2018          MASTAGNI HOLSTEDT, A.P.C.

                                  By: /s/ Mitchell A. De Anda (as authorized on 12/18/18)
                                      MITCHELL A. DE ANDA
                                      Attorneys for Plaintiff NORA WASHINGTON

## ORDER

The default entered into this matter on November 19, 2018, is hereby set aside and Defendant shall file an Answer to the Complaint within three court days after the issuance of this order.

IT IS SO ORDERED.

Dated: December 20, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE