1  McGREGOR W. SCOTT
   United States Attorney
2  JOSEPH B. FRUEH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  E-mail:     joseph.frueh@usdoj.gov
   Telephone: (916) 554-2702
5  Facsimile:  (916) 554-2900

6  Attorneys for Defendant
   UNITED STATES OF AMERICA

7

8

9

10                  IN THE UNITED STATES DISTRICT COURT

11                  EASTERN DISTRICT OF CALIFORNIA

12

13  NORA WASHINGTON,                    Case No. 2:18-cv-02474-WBS-AC

14                 Plaintiff,           DISCOVERY MATTER

15        v.                            **STIPULATION AND** ~~PROPOSED~~ **ORDER RE:
                                        RULE 35 EXAMINATION**
16  UNITED STATES OF AMERICA,

17                 Defendant.

18

19

20

21

22

23

24

25

26

27

28

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, as follows:

1.  Plaintiff Nora Washington will undergo a mental examination conducted by Dr. Mark Strassberg, M.D., at **2710 Gateway Oaks Drive, Suite 300–South, Sacramento, California, Zip Code 95833**. The examination will occur on **April 18, 2020**, at **10:00 a.m.** The examination, including the time required for face-to-face interviewing, will take approximately 4 to 5 hours to complete.

2.  Dr. Strassberg will examine Plaintiff psychiatrically, to include a history of the mental and emotional difficulties she attributes to the incident on August 3, 2017, and her treatment, response to treatment, and current complaints. A historical review of family, interpersonal relationships, work, and educational history will be pursued as well as Plaintiff's past medical and psychiatric history.

3.  Dr. Strassberg will also examine Plaintiff neurologically, to include strength, sensation, balance, reflex, vision, and coordination.

4.  At the time of the examination, Plaintiff shall answer all inquiries made by Dr. Strassberg so that he can evaluate the nature, extent, and cause of Plaintiff's condition as well as her prognosis.

5.  No observers shall attend the examination. Plaintiff shall not record any portion of the examination. Dr. Strassberg shall audio-record the examination, and Defendant shall provide Plaintiff's counsel with a copy of the recording.

6.  Dr. Strassberg shall receive a copy of this executed Stipulation.

7.  Defendant shall provide Plaintiff's counsel with a report of the examination consistent with Federal Rules of Civil Procedure 35(b) within 30 days of the examination.

///
///
///
///
///
///
///
///

8.      The cost of the examination shall be borne by the Defendant.

Dated: March 5, 2020                                    McGREGOR W. SCOTT
                                                        United States Attorney

                                        By:     /s/  Joseph B. Frueh
                                                JOSEPH B. FRUEH
                                                Assistant United States Attorney

                                                Attorneys for Defendant
                                                UNITED STATES OF AMERICA

Dated: February 28, 2020                                MASTAGNI HOLSTEDT, A.P.C.

                                        By:     /s/  Brett D. Beyler          (authorized 2/28/2020)
                                                BRETT D. BEYLER

                                                Attorneys for Plaintiff
                                                NORA WASHINGTON

**IT IS SO ORDERED**

Dated: March 5, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE