1  DAVID P. MASTAGNI (SBN 57721)
   GRANT A. WINTER (SBN 266329)
2  BRETT D. BEYLER (SBN 319415)
   **MASTAGNI HOLSTEDT, A.P.C.**
3  1912 "I" Street
   Sacramento, CA 95811
4  Tel: (916) 446-4692
   Fax:(916) 447-4614
5  Email: bbeyler@mastagni.com
6  Attorneys for Plaintiff,
   NORA WASHINGTON

7

8               **UNITED STATES DISTRICT COURT**

9         **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| NORA WASHINGTON, | **Case No. 2:18-CV-02474-WBS-AC** |
|        Plaintiff, | |
| v. | **STIPULATION AND ~~PROPOSED~~ ORDER TO ALLOW PLAINTIFF NORA WASHINGTON TO FILE AN AMENDED F.R.C.P. RULE 26(a)(2)(C) DISCLOSURE** |
| UNITED STATES OF AMERICA, a public entity; COUNTY OF SACRAMENTO, SACRAMENTO INTERNATIONAL AIRPORT, a public entity; and DOES 1 through 100; | |
|        Defendants. | |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER TO ALLOW PLAINTIFF NORA WASHINGTON TO FILE AN
AMENDED F.R.C.P. RULE 26(a)(2)(C) DISCLOSURE

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, as follows:

1.     Plaintiff Nora Washington will be allowed to file an Amended F.R.C.P. Rule 26(a)(2)(C) disclosure no later than April 17, 2020.

2.     Defendant United States of America will withdraw its Motion to Preclude Plaintiff From Offering Expert Testimony, which was filed on April 8, 2020.

3.     Plaintiff Nora Washington agrees to allow Defendant United States of America until June 19, 2020 to disclose experts in accordance with F.R.C.P. Rule 26(a).

4.     The parties stipulate to July 17, 2020 as the final date to disclose rebuttal expert testimony in accordance with F.R.C.P. Rule 26(a)(2).

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

-2-

Dated: April 10, 2020          By: /s/ Brett D. Beyler

                                               **BRETT D. BEYLER**
                                               Attorney for Plaintiff
                                               NORA WASHINGTON

Dated: April 10, 2020          By: /s/ Joseph B. Frueh

                                               **JOSEPH B. FRUEH**
                                               Attorney for Defendant
                                               UNITED STATES OF AMERICA

**IT IS SO ORDERED**

Dated: April 13, 2020

                                         ALLISON CLAIRE
                                         UNITED STATES MAGISTRATE JUDGE

STIPULATION AND PROPOSED ORDER TO ALLOW PLAINTIFF NORA WASHINGTON TO FILE AN
AMENDED F.R.C.P. RULE 26(a)(2)(C) DISCLOSURE